of error coram nobis denied. Present—Scudder, P.J., Centra, Fahey and Sconiers, JJ.

■ The People of the State of New York, Respondent, v Angel R. Escalera, Appellant. [959 NYS2d 86]—Motion for writ of error coram nobis denied. Present—Smith, J.P., Centra, Peradotto, Lindley and Valentino, JJ.

■ The People of the State of New York, Respondent, v Robert D. Scott, Appellant. [959 NYS2d 86]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Fahey, Valentino, Whalen and Martoche, JJ.

■ The People of the State of New York, Respondent, v Ismael Saladeen, Appellant. [959 NYS2d 86]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Smith, Centra, Valentino and Martoche, JJ.

■ The People of the State of New York, Respondent, v Paul Bridgefourth, Appellant. (Appeal No. 1.) The People of the State of New York, Respondent, v Paul Bridgefourth, Appellant. (Appeal No. 2.) [959 NYS2d 86]—Motion for writ of error coram nobis denied. Present—Smith, J.P., Centra, Carni, Lindley and Valentino, JJ.

■ The People of the State of New York, Respondent, v Christopher L. Poole, Appellant. (Appeal No. 1.) [959 NYS2d 85]—Motion for reargument and leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Fahey, Peradotto, Sconiers and Whalen, JJ.

■ The People of the State of New York, Respondent, v Jeremy Miller, Appellant. [958 NYS2d 643]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Centra, Lindley, Valentino and Martoche, JJ.

■ The People of the State of New York, Respondent, v Christopher Jamison, Appellant. (Appeal No. 1.) [959 NYS2d 86]—Motion for writ of error coram nobis denied. Present—Centra, J.P., Fahey, Peradotto, Carni and Lindley, JJ.

■ The People of the State of New York, Respondent, v Kumar S. Jones, Also Known as Qumar Jones, Also Known as Jesus, Appellant. [959 NYS2d 86]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Smith, Carni and Whalen, JJ.

■ Daniel Williams et al., Appellants, v Beemiller, Inc., Doing Business as Hi-Point, et al., Respondents, et al., Defend-